STATE of Missouri, Respondent,

v.

Thomas C. HOWELL, Appellant.

No. WD 42569.

Missouri Court of Appeals,
Western District.

Sept. 18, 1990.

Dan K. Purdy, Osceola, for appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and SHANGLER and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from conviction of stealing, § 570.030, RSMo 1986, and from sentence of twelve years' imprisonment.

Judgment affirmed. Rule 30.25(b).